## (March 28, 1968)

■ In the Matter of RODNEY JENKINS v. AMERICAN HORSE SHOWS ASSOCIATION, INC.— Motion by respondent, pursuant to CPLR 5701 (subd. [c]) for leave to appeal to this court from an intermediate order in an article 78 proceeding which "remitted the proceeding to respondent in order that a new hearing may be held if deemed advisable". Under CPLR 5701 (subd. [c]), a motion for leave to appeal to this court must be made to an individual Justice of this court (*Matter of Various Tenants of 790 Riverside Drive* v. *Gabel,* 24 A D 2d 848; *Matter of 128 Rest.* v. *State Liq. Auth.,* 24 A D 2d 849; *Fisk* v. *Shattuck Denn Mining Corp.,* 28 A D 2d 992). Accordingly, this motion was referred to Justice Louis J. Capozzoli, an Associate Justice of this court, who granted the motion. Concur — Stevens, J. P., Eager, Steuer, Capozzoli and Tilzer, JJ.